# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **STATE OF OKLAHOMA**, *ex rel*, **OKLAHOMA STATE DEPARTMENT OF EDUCATION,** and **RYAN WALTERS**, in his official capacity As Superintendent of Public Instruction, And in his individual capacity, *Plaintiff*, -v.- **FREEDOM FROM RELIGION FOUNDATION** *Defendant.* | **Case No. 6:25cv98-GLH** |

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)

Plaintiffs Ryan Walters, in his official capacity as Superintendent of Public Instruction, and the Oklahoma State Department of Education, respectfully submit this Notice of Dismissal Pursuant to Fed. R. Civ. P. 40(a)(1)(i).

Please take notice that this action is dismissed voluntarily by the Plaintiffs in its entirety.

Respectfully submitted this 4th day of April 2025.

/s/ *Jacquelyne K. Phelps*
Jacquelyne K. Phelps
Oklahoma Bar No. 34366
Assistant General Counsel
Oklahoma State Department of Education

1

## CERTIFICATE OF SERVICE

The undersigned, Jacquelyne K. Phelps, an attorney with The Oklahoma State Department of Education, hereby certifies that on April 4, 2025, I filed the foregoing with the Clerk of the Court using the CM/ECF system.

        Respectfully Submitted,

        /s/Jacquelyne K. Phelps
        JACQUELYNE K. PHELPS
        Oklahoma Bar No. 34366
        Assistant General Counsel
        Oklahoma State Department of Education
        2500 N. Lincoln Blvd. Ste. 500
        Oklahoma City, OK 73105
        Tel: 405-521-2983
        Cell: 405-464-3768
        Email: Jacki.Phelps@sde.ok.gov

        *Counsel for Plaintiffs Superintendent Walters & OSDE*